UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>GILBERT HAYDEN, JR. )<br>_____) | DOCKET NO. 3-5-CR-316<br><br><br>ORDER DISMISSING INDICTMENT |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment as to defendant GILBERT HAYDEN, JR., in the above-captioned case, without prejudice.

The Clerk is directed to certify copies of this Order to the United States Probation Office, the United States Marshal Service and the United States Attorney's Office for the Western District of North Carolina.

DONE AND ORDERED this 5th day of December, 2005, in Charlotte, North Carolina.

GRAHAM C. MULLEN
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF NORTH CAROLINA